# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.R. MCFARLANE, K.M. MCDONALD**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**TIMOTHY R. CARULLI**
**STAFF SERGEANT (E-6), U.S. MARINE CORPS**

**NMCCA 201300451**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 21 August 2013.
**Military Judge:** Col G.W. Riggs, USMC.
**Convening Authority:** Commanding General, 4th Marine Logistics Group, Marine Forces Reserve, New Orleans, LA.
**Staff Judge Advocate's Recommendation:** LtCol E.R. Kleis, USMC.
**For Appellant:** Maj Emmett Collazo, USMCR.
**For Appellee:** Mr. Brian Keller, Esq.

**25 February 2014**

---
**OPINION OF THE COURT**
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court